# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145960

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EMMANUEL SHONTA KINCAID,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145960
COA: 311860
Saginaw CC: 12-036864 FH

On order of the Court, the application for leave to appeal the September 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012 _____

h1217
                                                 Clerk